# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0032. DANNY RAY DUNN v. KATHY PAGE, LOOKOUT MOUNTAIN JUDICIAL CIRCUIT et al.

In this quo warranto action challenging the appointment of a senior judge, Danny Dunn seeks to appeal the trial court clerk's rejection of certain filings. This rejection stems from a February 20, 2025, order requiring Dunn to receive permission from the court before filing any more pleadings.

Dunn has not included a trial court order in his application. Rather, he included an email printout of the clerk's rejection. Because Dunn did not include a stamped "filed" copy of the order he seeks to appeal, we cannot consider his application. See Court of Appeals Rule 31 (c) ("Discretionary applications must contain a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought. . . . The Court will return any application not containing a stamped 'filed' copy of the trial court order or judgment on which the application is based.").

To the extent Dunn seeks to appeal the court's February 20 order, his application, filed August 6, 2025, is untimely as to that order. An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

For these reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/27/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*